IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THOMAS P. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 02-2958 (JDB) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, Counter-Claimant and Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD EDMONDS, | ) |
| | ) |
| Third-party Defendant. | ) |

## ORDER

This matter comes before the Court on the United States' motion for leave to file a reply brief to Ronald Edmonds's opposition to the United States' motion for summary judgment. Having considered the motion, any opposition, and the entire record of this case, the Court GRANTS the motion. Accordingly, the Court ORDERS the Clerk to file

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

Exhibit A to the Government's motion for leave to file a reply brief as the United States' reply brief.

So ordered this 23rd day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing proposed Order has been made this 1st day of April, 2005, by mailing, postage prepaid, addressed to:

> Stephen H. Biller, Esq.
> The Bogatin Law Firm
> 1661 International Place Drive, Suite 300
> Memphis, TN 38120
>
> Lisa A. Krupicka
> Scott J. Crosby
> Burch, Porter & Johnson, PLLC
> 130 North Court Avenue
> Memphis, TN 38103
>
> John G. Despriet
> Smith Gambrell & Russell, LLP
> 1230 Peachtree Street, NE
> Atlanta, GA 30309-3592

_____
JASON S. ZARIN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:02-CV-02958 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

John G. Despriet
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Jason S. Zarin
U.S. DEPARTMENT OF JUSTICE
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William Vann Hearnburg
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Lindsey W. Cooper
P.O. Box 227
Ben Franklin Station
Washington, DC 20044


Honorable J. Breen
US DISTRICT COURT