IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| THOMAS P. LEWIS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 02-2958 (Breen) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant/ | ) |
| Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RONALD L. EDMONDS, | ) |
| | ) |
| Third Party Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S MEMORANDUM OPPOSING UNITED STATES' MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT**

Upon Motion of Plaintiff, Thomas P. Lewis, filed on this 25 day of August, 2005, and for good cause shown, this Court **GRANTS** the Motion of Plaintiff for Leave to Supplement Plaintiff's Memorandum Opposing United States' Motion for Summary Judgment and Cross Motion and Memorandum for Summary Judgment and **ORDERS** that Plaintiff may submit a supplemental Memorandum Opposing United States' Motion for Summary Judgment and Cross Motion by no later than Friday, September 9, 2005.

SO ORDERED this 29 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

Dated this 29 day of August, 2005.

Page 1 of

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:02-CV-02958 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jason S. Zarin
U.S. DEPARTMENT OF JUSTICE
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William Vann Hearnburg
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Lindsey W. Cooper
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

John G. Despriet
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT