IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS P. LEWIS,

    Plaintiff,

v.                                              No. 02-2958-B

UNITED STATES,

    Defendant.

## AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to the telephone status conference conducted September 2, 2005, the following dates were established:

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

    (a)    for Plaintiff: <u>October 7, 2005</u>

    (b)    for Defendant: <u>October 7, 2005</u>

Parties shall have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

PRETRIAL ORDER, JURY INSTRUCTIONS AND MOTIONS
IN LIMINE: <u>October 19, 2005</u>

PRETRIAL CONFERENCE: <u>October 27, 2005, at 3:00 p.m.</u>

JURY TRIAL: <u>November 7, 2005, at 9:30 a.m. (5 days)</u>

Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 131 in case 2:02-CV-02958 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Jason S. Zarin
U.S. DEPARTMENT OF JUSTICE
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

John G. Despriet
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Lindsey W. Cooper
U.S. DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

William Vann Hearnburg
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT