UNITED STATES DISTRICT COURT
WESTERN DISTRICT TENNESSEE

THOMAS M. GOULD  
CLERK OF COURT

MEMPHIS (901) 495-1200  
FAX (901) 495-1250  
JACKSON (731) 421-9200  
FAX (731) 421-9210

WESTERN DIVISION

October 21, 2005

**AMENDED**

RE:    **THOMAS P. LEWIS  vs.  UNITED STATES OF AMERICA
                                vs.  RONALD L. EDMONDS**
       02-2958-B

Dear Counsel:

   It appears that in the above referenced cause the parties are unable to agree on the taxation of costs.

   Therefore, pursuant to Rule 54.1 of the Local Rules for the Western District of Tennessee, the Clerk is required to assess costs, after notice and hearing. Accordingly, you are hereby notified that the Clerk of Court will tax costs on <u>Thursday, November 10, 2005 @ 10:00 a.m.,</u> in the Clerk's office located in Room 242, Clifford Davis Federal Building, 167 North Main Street, Memphis, Tennessee. You may appear at that time and make any argument you believe relevant, but you are not required to attend. The Clerk of Court will accept any relevant citation of any law the parties wish to submit, but such submissions must be received no later than one week prior to the scheduled hearing.  Your appearance at this hearing and your submission of relevant case citations is completely optional, and a party's or counsel's decision to not appear or to not submit relevant citations will not adversely affect the Clerk of Court's evaluation of how costs should be assessed.

                                             Sincerely,

                                             Thomas M. Gould, Clerk of Court

                                         by: *Earline Grayer*
                                             Deputy Clerk

/ehg  
c: Docket Clerk

242 FEDERAL BUILDING  
167 N. MAIN STREET  
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING  
111 S. HIGHLAND  
JACKSON, TENNESSEE 38301

143

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 2:02-CV-02958 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Thomas M. Gould
U.S. DISTRICT COURT
242 Federal Bldg.
167 No. Main St.
Memphis, TN 38103

Jason S. Zarin
U.S. DEPARTMENT OF JUSTICE
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William Vann Hearnburg
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

John G. Despriet
SMITH GAMBRELL & RUSSELL, LLP
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309--359

Scott J. Crosby
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lindsey W. Cooper
U.S. DEPARTMENT OF JUSTICE
P. O. Box 227
Ben Franklin Station
Washington, DC 20044

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stephen H. Biller
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT